HONORABLE RONALD B. LEIGHTON

07-CV-05013-ORD

FILED _____ LODGED
RECEIVED

MAY 30 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALVIN WILLIAMS,

    Plaintiff,

v.

FRED MEYER STORES, INC., a foreign corporation,

    Defendant.

Civil No. C07-5013 RBL

STIPULATION FOR AND ORDER GRANTING DEFENDANT LEAVE TO FILE AMENDED ANSWER

**STIPULATION**

The undersigned parties hereby stipulate that defendant Fred Meyer Stores, Inc., may file the attached Amended Answer.

DATED this 29th day of May, 2007.

| SMITH & FJELSTAD | MILLER NASH LLP |
|---|---|
| s/ *Eric J. Fjelstad* | s/ *Susan K. Stahlfeld* |
| Eric J. Fjelstad, OSB No. 89238 | Susan K. Stahlfeld, WSB No. 22003 |
| Smith & Fjelstad | Miller Nash LLP |
| 722 North Main Avenue | 4400 Two Union Square |
| Gresham, Oregon 97030 | 601 Union Street |
| Phone: (503) 669-2242 | Seattle, Washington 98101-2352 |
| Fax: (503) 669-2249 | Phone: 206-622-8484 |
| E-mail: smithandfjelstad@verizon.net | Fax: 206-622-7485 |
| Attorneys for Plaintiff | E-mail: susan.stahlfeld@millernash.com |
| | Attorneys for Defendant |

STIPULATION/ORDER GRANTING DEF. LEAVE TO FILE
AMENDED ANSWER - 1
SEADOCS:277519.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

1

2    **ORDER**

3    Based on the above Stipulation, it is hereby Ordered that defendant Fred Meyer

4 Stores, Inc., may file and serve the attached Amended Answer.

5    DATED this 30th day of May, 2007.

6

7    _____
     Honorable Ronald B. Leighton
     UNITED STATES DISTRICT JUDGE
8

9    Presented by:

     s/Susan K. Stahlfeld
10   Susan K. Stahlfeld., WSB No. 22003
     MILLER NASH LLP
11   601 Union St., Ste. 4400
     Seattle, WA 98101
12   Telephone: (206) 622-8484
     Fax: (206) 622-7485
13   E-mail: susan.stahlfeld@millernash.com
          Attorneys for Defendant
14

15   Approved as to form, notice of presentation waived:

16   s/Eric J. Fjelstad
     Eric J. Fjelstad, OSB No. 89238
17   Smith & Fjelstad
18   722 North Main Avenue
     Gresham, Oregon 97030
19   Phone: (503) 669-2242
     Fax:   (503) 669-2249
20   E-mail: smithandfjelstad@verizon.net
          Attorneys for Plaintiff
21

22

23

24

25

26

STIPULATION/ORDER GRANTING DEF. LEAVE TO FILE
AMENDED ANSWER - 2
SEADOCS:277519.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352